[No. 6690-4-II.  Division Two.  January 8, 1985.]

RODNEY LIPMAN, *Respondent,* v. RICHARD D. WHITE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 30245, Grant S. Meiner, J., entered October 8, 1982. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Petrie, J.

[No. 6765-0-II.  Division Two.  January 8, 1985.]

*In the Matter of the Marriage of* MARIA JOLANE COREY, *Appellant, and* LESLIE MICHAEL COREY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-3-03541-7, William L. Brown, Jr., J., entered November 22, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 6513-4-II.  Division Two.  January 9, 1985.]

OLYMPIC PENINSULA DEVELOPMENT COMPANY, *Respondent,* v. MAMIE S. MORGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 22929, Grant S. Meiner, J., entered April 4, 1982. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Petrie, J.